UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

RMS TITANIC, INC., et al.,   Case No.: 3:16-bk-02230-PMG
　　　　　　　　　　　　　　　Chapter 11 (Jointly Administered)

　　　Debtors.
_____

PREMIER EXHIBITIONS, INC.,

　　　Plaintiff,　　　　　　　　Adv. Pro. No. 3:16-ap-00142-PMG

v.

417 FIFTH AVE REAL ESTATE,
LLC,

　　　Defendant.
_____

**NOTICE OF APPEARANCE AND REQUEST**
**FOR NOTICE AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned appears in the above-captioned case on behalf of Structure Tone, Inc. and pursuant to Bankruptcy Rules 2002 and 9010(b) and section 1109(b) of the Bankruptcy Code, requests that all notices given or required to be given and all papers served in this case be delivered and served upon the party identified below at the following address:

Oscar E. Sanchez, Esq.
Goldberg Segalla, LLP
222 Lakeview Avenue, Suite 800
West Palm Beach, FL  33401
Telephone:  561/618-4450
Facsimile:  561/618-4549
osanchez@goldbergsegalla.com
aburno@goldbergsegalla.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

PLEASE TAKE FURTHER NOTICE that the foregoing simply constitutes a request for service and does not constitute consent to the jurisdiction of the Bankruptcy Court or a waiver of the right to a jury trial.

Dated this **26th** day of July, 2016.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **26th** day of **July, 2016**, I electronically filed a true and correct copy of the Notice of Appearance with the Clerk of the United States Bankruptcy Court for the Middle District of Florida by using the CM/ECF filing system which will send a Notice of Electronic Filing to all parties entitled to service or in the manner indicated in the attached Service List.

Respectfully submitted,

By: */s/ Oscar E. Sanchez*
Oscar E. Sanchez, Esq.
Florida Bar No.: 140406
GOLDBERG SEGALLA, LLP
*Attorneys for Structure Tone, Inc.*
222 Lakeview Avenue, Suite 800
West Palm Beach, FL  33401
Telephone:  561/618-4450
Facsimile:  561/618-4549
Email designations:
osanchez@goldbergsegalla.com
aburno@goldbergsegalla.com

**SERVICE LIST**

Daniel F. Blanks
Lee D. Wedekind, III
Nelson Mullins Riley & Scarborough LLP
50 North Laura Street, Suite 4100
Jacksonville, FL 32202
Tel: 904-665-3656
Fax: 904-665-3641
daniel.blanks@nelsonmullins.com
lee.wedekind@nelsonmullins.com
*Counsel for Plaintiff*
(Via CM/ECF)

417 Fifth Avenue Real Estate, LLC
c/o Jason B. Burnett, Esq.
GrayRobinson, P.A.
50 North Laura Street, Suite 1100
Jacksonville, FL 32202
*Pro Se*
(Via U.S Mail)