ORDERED.

Dated: September 20, 2016

_____
Paul M. Glenn
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

RMS TITANIC, INC., *et al.,*

    Debtors.
_____/

PREMIER EXHIBITIONS, INC.,

    Plaintiff,

v.

417 FIFTH AVE REAL ESTATE, LLC,

    Defendant
_____/

Case No.: 3:16-BK-02230-PMG
Chapter 11

(Jointly Administered)

Adv. Pro. No.: 3:16-ap-00142

**ORDER EXTENDING TIME FOR CREDITOR, 417 FIFTH AVE REAL ESTATE, LLC TO RESPOND TO DEBTOR'S ADVERSARY COMPLAINT**

THIS PROCEEDING came before the Court on the Joint Motion to Extend Time Within Which 417 Fifth Ave Real Estate, LLC May Respond to Debtor's Adversary Complaint [Doc. 7]

(the "Motion") filed by Debtor, Premier Exhibitions, Inc. ("Debtor") and Creditor, 417 Fifth Ave Real Estate, LLC ("Fifth Ave").  After reviewing the Motion, it is

**ORDERED:**

1. The Motion is **GRANTED**.

2. Fifth Ave shall have an extension of time to answer the Adversary Complaint until such time as the parties determine that a settlement will not be feasible.


[*Attorney Burnett is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.*]